**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6069**

———————————

HENRY CLIFFORD BYRD, SR.,

Plaintiff - Appellant,

versus

GEORGE A. EICHHORN, Individually and in his
official capacity as an Assistant Attorney
General of the State of Maryland; PAUL J.
DAVIS, Individually and in his official capac-
ity as Chairman of Maryland Parole Commission;
MARYLAND PAROLE COMMISSION,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin,  District Judge.
(CA-95-2789-S)

———————————

Submitted:  April 15, 1996          Decided:  May 2, 1996

———————————

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Henry Clifford Byrd, Sr., Appellant Pro Se.  John Joseph Curran,
Jr., Attorney General, Richard Bruce Rosenblatt, Assistant Attorney
General, Baltimore, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting summary judgment in favor of the Defendants on his action challenging the denial of executive clemency from the Governor of Maryland. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Byrd v. Eichhorn, No. CA-95-2789-S (D. Md. Dec. 13, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED